# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Q.F., </br>     Plaintiff, </br> </br> v. </br> </br> COUNSELOR JERRY DANIEL, </br> *et al.*, </br>     Defendants. | CIVIL ACTION NO. </br> 1:15-cv-00244-RWS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Q.F. and Defendants Amy Howell, Alonzo McMillian, Tracy Page, George Smith, Frank Spearman, Fran Wells, Ronnie Woodard, Jerry Daniel, Deborah Hambrick, Courtney Jones, Alysia Mallory-Haynes, Schuvonda Davis, and Christopher Durham, through counsel, stipulate that the above-styled action as to Defendant Courtney Jones, and all claims asserted or that could have been asserted therein against Courtney Jones, be dismissed with prejudice, with Plaintiff and the dismissed Defendant Courtney Jones each to bear their own costs.

This stipulation of dismissal shall not relate to Plaintiff's claims against the other named Defendants and shall not prejudice or limit the right of any remaining party to recover the costs of the action as a prevailing party.

- 1 -

Respectfully submitted,

s/ S. Leighton Moore
S. Leighton Moore
Georgia Bar No. 520701
1026 Kasper Rd.
Moscow, ID 83843
Tel: (404) 285-5724

s/ Thomas G. Sampson
Thomas G. Sampson II
Georgia Bar No. 623601
Thomas G. Sampson
Georgia Bar No. 623600
THOMAS KENNEDY
  SAMPSON & TOMPKINS LLP
3355 Main Street
Atlanta, Georgia 30337
Telephone: (404) 688-4503
w.sampson@tkstlaw.com
t.sampson@tkstlaw.com

*Counsel for Plaintiff*


s/ Paul A. Henefeld
Paul A. Henefeld
Georgia Bar No. 346755
HENEFELD & GREEN P.C.
3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
Tel: 404-841-1275
Fax: 404-841-0248
pah@aps-law.com

*Counsel for Defendant Christopher Durham*

s/ Roger A. Chalmers
Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Kathleen M. Pacious
Deputy Attorney General
Georgia Bar No. 558555
Roger A. Chalmers
Senior Assistant Attorney General
Georgia Bar No. 118720
STATE LAW DEPARTMENT
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3220
rchalmers@law.ga.gov

*Counsel for Defendants Howell, McMillian, Page, Smith, Spearman, Wells, Woodard, Daniel, Hambrick, Jones, Mallory-Haynes, and Davis*

- 4 -

## **CERTIFICATE OF SERVICE**

I certify that I have this day served the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Demetra Duan Ford
Paul A. Henefeld
S. Leighton Moore
Thomas G. Sampson
Thomas Gatewood Sampson, II

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

This 19th day of April, 2022.

s/ Roger A. Chalmers