UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

Q.F.,

    Plaintiff,

v.

JERRY DANIEL, et al,

    Defendants

CIVIL ACTION NO.
1:15-cv-244-RWS

## NOTICE

By direction of the Court, Discovery has expired and the Proposed Consolidated Pretrial Order is past due. The Proposed Consolidated Pretrial Order is now due to be filed with the Clerk of Court within fourteen days.

This the 12th day of December, 2022.

KEVIN P. WEIMER, CLERK

BY:

s/Stacey Kemp
Courtroom Deputy Clerk
404-215-1349 (Atlanta)
678-450-2751 (Gainesville)