UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Q.F.,<br><br>        Plaintiff,<br><br>vs.<br><br>JERRY DANIEL, et al.,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-244-RWS |

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, having previously granted the Motions to Dismiss as to Defendants Garland Hunt, Todd Weeks and Debbie Mullis and the remaining pending parties having filed a Stipulation of Dismissal With Prejudice, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 15th day of December, 2022.

                                        KEVIN P. WEIMER
                                        CLERK OF COURT

                                By:    s/ D. McGoldrick
                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 15, 2022
Kevin P. Weimer
Clerk of Court

By:    s/ D. McGoldrick
        Deputy Clerk